ALBERT REINLIEB, Appellant, v. HENRY S. KERBAUGH and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THEODORE FRIEDEBERG, Respondent, v. CHARLES S. NEVELSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL DROSHNICOP, Appellant, Respondent, v. BANCO DI ROMA, Respondent, Appellant, Impleaded, etc.— Order modified as provided in order, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK F. NEUMAN, Respondent, v. GEORGE W. NEWGASS, Appellant.— Order modified as provided in order, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISADORE WEINSTEIN, Appellant, v. ISIDORE LIEBMAN, Respondent.— Order reversed and motion granted as to items 2 and 3. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEO G. FRIEDMAN, Respondent, v. MAGNATRON CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL WEISS, Appellant, v. ROBERT M. SOMMER, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELEN GROTHUES, Respondent, v. E. A. WHITE ORGANIZATION, INC., Appellant, Impleaded, etc.— Order so far as appealed from reversed, with ten dollars costs and disbursements to appellant, and motion in all respects granted. The bill of particulars to be served within twenty days from service of order with notice of entry thereof. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ACORN FLOORING CORPORATION, Respondent, to Compel the NUCOMB BUILDING CORPORATION, Appellant, to Submit to Arbitration.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAULINE HASSEMER, Respondent, v. ERWIN HASSEMER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FELIX STRAKOWSKI, Respondent, v. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Order modified as provided in order, and as so modified affirmed, with ten dollars costs and disbursements to appellant. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and McAvoy, J., dissent. No opinion.